

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00110-CV

LATRICE MONIQUE AMERINE                                    APPELLANT
AND ALL OCCUPANTS

V.

CAROL OAKS APTS.                                            APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 2015-000861-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On March 27, 2105, and April 8, 2015, we notified appellant in accordance with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless the $195 filing fee was paid.  *See* Tex. R. App. P. 42.3(c).  Appellant has not paid the $195 filing fee.  *See* Tex. R. App. P. 5, 12.1(b).  Appellee has filed an

---

[1]*See* Tex. R. App. P. 47.4.

opposed motion to dismiss the appeal because of the unpaid filing fee and failure to file the docketing statement.

Because appellant has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we grant appellee's motion and dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  April 30, 2015

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).